**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03457-CMA-CBS

REBECCA RIVERA, as assignee of Suzanne Hayden and Stephen Pyle

    Plaintiff,

v.

SAFECO INSURANCE COMPANY,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    Pursuant to the Stipulation of Dismissal with Prejudice (Doc. # 22), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED: March 10, 2015

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Court Judge